RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE                                    E-filed
701 Bridger Ave, Suite 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@LasVegas13.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                                           CHAPTER 13
LEE H BOWGREN                                                    CASE NO: BKS-08-21202-LBR
124 FOXDALE WAY
LAS VEGAS, NV 89107

## CHAPTER 13 FINAL ACCOUNT AND REPORT - COMPLETED (BAPCPA)

Pursuant to Fed. R. Bankr P. 5009, Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, certifies that, based on their records the Debtor's Chapter 13 bankruptcy estate has been fully administered and/or the Debtor has completed all payments uder the plan. Accordingly, the Trustee hereby submits the following Final Account and Report of the administration of the estate pursuant to 11 USC Sec. 1302 (b)(1).

Any objection to the Trustee's Final Account and Report must: be written, state the grounds of objection, and be filed no later than August 31, 2009, with the Clerk, United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Las Vegas, NV 89101, with a copy served upon Rick A. Yarnall, Chapter 13 Trustee, 701 Bridger Ave, Suite 820, Las Vegas, NV 89101. In the absence of a timely filed Objection, the Bankruptcy Court will issue the debtor(s) a Discharge. In the event an objection is timely filed, the objecting party shall serve a copy of the objection upon the Trustee at the above address pursuant to the Local Bankruptcy Rule 9014.

Case Filed Date:            Date Plan Confirmed:          Date Case Closed:
09/26/2008                  02/19/2009                    07/27/2009

Total funds received and disbursed pursuant to the plan:         $4,880.00        Detail of Disbursements below:

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| WELLS FARGO FINANCIAL NEVADA INC | 1 | 00001 | VEHICLE ARREARS | 0.00 | 0.00 | 0.00 |
| AMERICA'S SERVICING COMPANY | 3 | 00002 | MORTGAGE ARREARS | 0.00 | 0.00 | 0.00 |
| AMERICA'S SERVICING COMPANY |  | 00003 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL NEVADA, INC (glc) |  | 00004 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| United States Bankruptcy Court |  | 00005 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| AMERICA'S SERVICING COMPANY |  | 00006 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| Asc |  | 00007 | MORTGAGE DIRECT | 0.00 | 0.00 | 0.00 |
| Citi |  | 00008 | UNSECURED | 0.00 | 0.00 | 0.00 |
| Gemb/Sam |  | 00009 | UNSECURED | 0.00 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL NEVADA, INC |  | 00010 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| WELLS FARGO |  | 00011 | VEHICLE DIRECT | 0.00 | 0.00 | 0.00 |

**BOWGREN, LEE**                                                                                                    CASE NO: BKS-08-21202-LBR

| CREDITOR NAME | CLERK'S CLAIM # | TRUSTEE'S CLAIM NO. | CLASS OF CLAIM | ALLOWED CLAIM AMOUNT | PRINCIPAL PAID | INTEREST PAID |
|---|---|---|---|---|---|---|
| Wells Fargo Financial Nevada, Inc. | | 00012 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| LEE H. BOWGREN | | 00013 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| RANDAL R LEONARD, ESQ | | 00014 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| RICK A. YARNALL | | 00015 | Z-Added By Matrix | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 4-2 | 00017 | UNSECURED | 0.00 | 0.00 | 0.00 |
| RANDAL R LEONARD, ESQ | | 00000 | Administrative | $3,400.00 | $3,400.00 | |

The debtor(s) attorney, RANDAL R LEONARD, ESQ, was allowed $4,900.00 of which $1,500.00 was paid directly by the debtor(s) and $3,400.00 was paid from the plan. The filing fee has been paid to the clerk directly by the debtor/debtor's Attorney.

**Disbursement Summary:**

| | |
|---|---|
| Trustee Fees Pursuant to 11 USC 1326 (b) | $377.78 |
| 11 USC 503(b) Administrative Expenses | $0.00 |
| Sanctions/Additional Expenses | $0.00 |
| Attorney's Fees | $3,400.00 |
| Previous Attorney Fees | $0.00 |
| Priority | $0.00 |
| Secured | $0.00 |
| Unsecured | $0.00 |
| Refund to the Debtor and/or Chapter 7 Trustee | $1,102.22 |
| Total | $4,880.00 |

Dated: July 27, 2009                                              Submitted by:

/s/ Rick A. Yarnall
RICK A. YARNALL
Chapter 13 Bankruptcy Trustee