# United States Bankruptcy Court
## District of Nevada

Case No. <u>08–21202–lbr</u>
Chapter 13

In re: (Name of Debtor)
   LEE H. BOWGREN
   124 FOXDALE WAY
   LAS VEGAS, NV 89107

## NOTICE OF REQUIREMENT TO FILE DEBTOR'S CERTIFICATE OF COMPLIANCE WITH CONDITIONS RELATED TO ENTRY OF CHAPTER 13 DISCHARGE TOGETHER WITH NOTICE THEREON

NOTICE IS GIVEN TO THE ABOVE–ENTITLED DEBTOR(S):

Pursuant to Administrative Order 07–1, any debtor seeking entry of a discharge under 11 U.S.C. Section 1328 must file the local form "Debtor's Certificate of Compliance with Conditions Related to Entry of Chapter 13 Discharge Together with Notice Thereon" within 30 days of service of this Notice. This form is available on the court's web site, located at: http://www.nvb.uscourts.gov/. If the debtor does not timely file the Certificate of Compliance, the case may be closed without entry of a discharge.

Dated: 10/27/09

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court