# United States Bankruptcy Court
## District of Nevada

Case No. <u>08–21202–lbr</u>
**Chapter 13**

In re: (Name of Debtor)
   LEE H. BOWGREN
   124 FOXDALE WAY
   LAS VEGAS, NV 89107

## NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

- ☑ Debtor did not file local form, Debtor's Certificate of Compliance with Conditions Related to Entry of Chapter 13 Discharge Together With Notice Thereon.

If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion.

IT IS ALSO ORDERED that RICK A. YARNALL is discharged as trustee of the estate of the above named debtor(s).

Dated: 1/15/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court