# United States Bankruptcy Court
## District of Nevada

Case No. <u>08–21202–lbr</u>
**Chapter 13**

In re: (Name of Debtor)
    LEE H. BOWGREN
    124 FOXDALE WAY
    LAS VEGAS, NV 89107

## NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor did not file local form, Debtor's Certificate of Compliance with Conditions Related to Entry of Chapter 13 Discharge Together With Notice Thereon.

If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion.

IT IS ALSO ORDERED that RICK A. YARNALL is discharged as trustee of the estate of the above named debtor(s).

Dated: 1/15/10
                                                                   BY THE COURT

                                                                   Mary A. Schott
                                                                   Clerk of the Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: youngbloo          Page 1 of 1              Date Rcvd: Jan 15, 2010
Case: 08-21202                Form ID: ch13clos        Total Noticed: 1

The following entities were noticed by first class mail on Jan 17, 2010.
db           +LEE H. BOWGREN,   124 FOXDALE WAY,   LAS VEGAS, NV 89107-2417
The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 17, 2010**                    Signature:    _Joseph Speetjens_